B088

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Criminal No. 20-79 |
| ) | (18 U.S.C. §§ 922(o)(1), 545, |
| ) | and 922(g)(3)) |
| JUSTIN JULIETTE ) | |
| ) | |

**INDICTMENT**

**COUNT ONE**

FILED

MAY 19 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

The grand jury charges:

On or about March 19, 2019, in the Western District of Pennsylvania, the defendant, JUSTIN JULIETTE, did knowingly and unlawfully possess a machinegun as defined in Title 18, United States Code, Section 921(a)(23) and Title 26, United States Code, Section 5845(b), to wit: (1) Glock "auto switch" devices; (2) Glock, model 19, Serial No. ADBE825, with auto switch installed; and (3) a lower receiver of a rifle manufactured into a machine gun.

In violation of Title 18, United States Code, Section 922(o)(1).

## COUNT TWO

The grand jury further charges:

In and around March 2019, in the Western District of Pennsylvania, the defendant, JUSTIN JULIETTE, did knowingly and fraudulently import and bring into the United States merchandise contrary to law, to wit, Glock "auto switch" devices, knowing the same to have been imported from China and brought into the United States contrary to law, specifically the Arms Export Control Act.

In violation of Title 18, United States Code, Section 545.

## COUNT THREE

The grand jury further charges:

On or about March 19, 2019, in the Western District of Pennsylvania, the defendant, JUSTIN JULIETTE, knowing he was an unlawful user of a controlled substance as defined in Title 21, United States Code, Section 802, namely anabolic steroids, knowingly possessed, in and affecting interstate commerce, a firearm and ammunition, to wit: the firearms and ammunition listed in Attachment A.

In violation of Title 18, United States Code, Section 922(g)(3).

## FORFEITURE ALLEGATIONS

1. The allegations contained in Counts One through Three of this Indictment are incorporated by reference as if fully set forth herein for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Sections 924(d) and 545, and Title 28, United States Code, Section 2461(c).

2. As the result of defendant JUSTIN JULIETTE's commission of the violations of Title 18, United States Code, Sections 545 and 922(o)(1), charged in Counts One and Two of this Indictment, the firearms and merchandise alleged in those Counts, that is, (1) Glock "auto switch" devices; (2) a Glock, model 19, Serial No. ADBE825, with auto switch installed (Count One only); and (3) lower receiver of a rifle manufactured into a machine gun (Count One only), are subject to forfeiture pursuant to Title 18, United States Code, Sections 545 and 924(d)(1).

3. As the result of defendant JUSTIN JULIETTE's commission of the violation of Title 18, United States Code, Section 922(g)(3), charged in Count Three of this Indictment, the firearms and ammunition alleged in that Count, that is, the firearms and ammunition listed in Attachment A, are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1).

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352

4