3/19/19

12:35 PM

1107 FORDHAM RD
PUNXSATAWNEY PA
15767

JUSTIN  JULIETTE
S/A + SBR
S/A  PAUSIC

80% - GLOCK SWITCHES

→ EMAIL

→ 20 - 80% GLOCK SWITCHES

→ ALUMINUM

WISM - APP (CHINESE)

→ 4
    20 - 30 TOTAL

→ No sell
→ No give

→ Knowledge that SWITCHES ARE MACHINE GUNS

PAY PAL ⇒ JULIETTE440@GMAIL.COM

MC BANK   5507 5900 0174 9909
          JUSTIN J JULIETTE
              8/22

→ SBR              → M16 - Full AUTO

→ AND A LOWER

JULIETTE_00309



JULIETTE_00310

→ TESTOSTERONE ⇒

CHINA ⇒ WESTERN UNION

→ PERSONAL USE

←

Geek App - USED TO ORDER

↳ 26 TOTAL

20-30 TOTAL

412-722-7860

GENNESSE WYOMING

1343 PM

JULIETTE_00311

JULIETTE_00312