| Title of Investigation:<br>JULIETTE, Justin (Glock Switches) | Investigation Number:<br>766055-19-0033 | Report Number:<br>3 |
| --- | --- | --- |

## SUMMARY OF EVENT:

Licensing regulations and information JULIETTE.

## NARRATIVE:

1. On March 15 and March 18, 2019, Special Agent (SA) William Isbir of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) contacted Industry Operations Investigator (IOI) Greg Schiller of the ATF to verify if Justin JULIETTE was a Federal Firearms Licensee (FFL). IOI Schiller was also asked to determine when and if JULIETTE had an active license and what type of license, if any, JULIETTE possessed.

2. IOI Schiller determined that JULIETTE possessed an active FFL, #8-25-05699 and was a Type 01 dealer. This Type 01 license allows JULIETTE to be able to buy and sell firearms. Additionally JULIETTE was determined to be a Class 3 dealer. An FFL, must become a Special Occupational Taxpayer (SOT) in order to deal, manufacture, or import a certain category of firearms called NFA Firearms/Title II firearms. This special category of firearms includes Silencers (suppressors), Short Barreled Rifles (SBRs), Short Barreled Shotguns (SBS), Full-Auto Machine Guns, and "Any Other Weapons" (AOWs). This license was applied for in February 2014 and the license was issued in March, 2014. From March 2014 to the present, one inspection was conducted of JULIETTE on July 1, 2016 and no violations were found. This license is currently active.

3. According the Federal Licensing System (FLS), a licensing report was generated for Justin JULIETTE that stated he is an active FFL. In the license registration report under the section "special attention flags," JULIETTE is titled as a Special Occupational Taxpayer (SOT). Also contained on the report were identifying information pertaining to JULIETTE. This information included his address of 1107 Fordham Road, Punxsutawney, PA 15767. JULIETTE'S phone number of [ ] and the EIN number associated with his LLC of [ ] were included as well. The application number of 2077323 was located in the top right hand side of the form.

4. IOI Schiller also determined that JULIETTE had previously held an addition FFL, #8-25-03508. This was a type 07 manufacturer license. The type 07 manufacturer's license was applied for in June 2010 and issued in July 2010. According to records kept by the Industry Operation Branch of ATF, a license address change was

| Prepared by:<br>William J. Isbir | Title:<br>Special Agent, Pittsburgh II Field Office | Signature: | Date: |
| --- | --- | --- | --- |
| Authorized by:<br>Joseph T. Price | Title:<br>Resident Agent in Charge, Pittsburgh II Field Office | Signature: | Date: |
| Second level reviewer (optional):<br>Donald G. Robinson | Title:<br>Special Agent in Charge, Philadelphia Field Division | Signature: | Date: |

ATF EF 3120.2 (10-2004)
For Official Use Only

JULIETTE_00204

recorded on February 25th, 2014. As of July 2016, the Type 07 manufacturer's license had expired and JUILETTE was deemed to be out of the business of manufacturing firearms.

5. IOI Schiller provided SA Isbir with a current list of NFA weapons that were registered to, and in the inventory of JULIETTE. The list from the National Firearm Registration and Transfer Record (NFRTR), dated 18-MAR-2019 at 10:06:14, will be added as a source document and held in the agent's possession. This list contains fifty-five (55) specific items that are identified in the NFRTR.

6. A search was conducted in the database that ATF uses to track Form 6 applications as well as the mail logs going back 3 years and found nothing for JULIETTE. When someone were to submit an ATF Form 6 import application for an NFA item, ATF would make sure that they had the proper importer's license (type 08 or 11). JULIETTE does not have a Type 08 or Type 11 license. Additionally, a search of the NFA database was conducted to make sure that they had paid the proper special occupational tax (SOT) and, if they were importing for the purposes of resale, we would make sure that they were registered as an importer under the Arms Export Control Act (AECA). JULIETTE is not registered as an importer under the AECA.

7. If all of these above requirements were met, ATF would then confirm that they were bringing in the NFA items(s) for one of the reasons listed in §479.111 of the National Firearms Act (transfer to a gov't agency, scientific or research purposes, or use as a sales sample). The "scientific or research purposes" exception does not apply to machineguns due to 18 USC 922(o), transfer/possession of an unregistered machinegun, of the Gun Control Act. Even if all of the aforementioned requirements were met, the items could not be imported from China, because China is one of the restricted countries listed in §447.52(a) of the Arms Export Control Act.


ATTACHMENTS:

- National Firearms Registration and Transfer Record for Justin Joseph JULIETTE dated 18-MAR-19.
- Federal Licensing System, License Registration Report for license number 8-25-05699, Justin JULIETTE.

ATF EF 3120.2 (10-2004)
For Official Use Only

JULIETTE_00205