U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Report of Investigation

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| JULIETTE, Justin (Glock Switches) | 766055-19-0033 | 5 |

## SUMMARY of EVENT

On 03/19/2018, ATF, HSI and PSP executed a SW at the 1107 Fordham Rd., Punxy., PA 15767, the residence of Justin Joseph Juliette. Agents and troopers recovered a large number of FAs, ammunition, a quantity of steroids, and violations of the NFA. JULIETTE is a holder of an ATF FFL.

## NARRATIVE

1. On Tuesday, March 19, 2019, Bureau of Alcohol, Tobacco, Firearms and Explosives (hereinafter referred to as ATF) Supervisory Special Agent (SSA) Joe Price, Special Agents SA) David Farabaugh, Kevin Kauffman, Matt Regentin, Bob Manns, Jon DuThinh, Kristi Schumacher, William Isbir and Ryan M Rennig of the Pittsburgh Field Office, Group II, ATF Industry Operations Investigators (IOI) Greg Schiller and Jon Reader; Homeland Security Investigations (HSI) Agents Mike Pausic, Sean Curry, Scott Fell, James Garr, Dan Carney and Marty Ryan; Pennsylvania State Police (PSP) Troopers Jared Thomas, Seth Moore and Joshua Abernathy executed Federal Search Warrant (SW) 19-611 at 1107 Fordham Road, Punxsutawney, PA, the residence of Justin Joseph JULIETTE. This SW was authorized by United States District Magistrate Judge Lisa P. Lenihan on March, 18, 2019. Agents and troopers recovered a large number of firearms (FA), ammunition, a quantity of steroids, and items which constitute violations of the National Firearms Act (NFA), to include weapons which were manufactured/modified into machine guns and a short barrel rifle. JULITTE is a holder of an ATF Federal Firearms License (FFL; 8-25-03508 type 07 Manufacturer, issued June, 2010 – expired July, 2016; 8-25-05699 type 01 Dealer, issued March 2014 - Active)

2. At approximately 11:30am, ATF SA Bill Isbir, PSP Trooper Jared Thomas and HSI SA Mike Pausic arrived at JULIETTE's residence and parked in the driveway. At approximately 12:10pm, JULIETTE arrived in an employer owned vehicle. The above Agents and Trooper approached JULIETTE and ordered him to the ground, HSI Pausic placed JULIETTE in handcuffs. Seconds later, ATF SAs Regentin, Kauffman, Manns, DuThinh, Schumacher and Rennig arrived at the residence. ATF SA Rennig approached JULIETTE who was handcuffed and laying on his stomach. SA Rennig stated that Agents and Troopers were executing a search warrant, asked for the keys to the residence and asked if anyone else was present in the residence. SA Rennig rolled JULIETTE to his side at which time he provided the entry code for the front door and stated that no one was in the residence. JULIETTE stated that his dogs were inside and were very friendly. HSI Pausic and ATF SA Isbir helped JULIETTE to his feet. Agents Isbir and Pausic adjusted JULIETTE's handcuffs as they were uncomfortable.

3. ATF SAs Regentin, Kauffman, Manns, DuThinh, Schumacher and Rennig approached the front door of the

| Prepared by: Ryan M. Rennig | Title: Special Agent, Pittsburgh II Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Joseph T. Price | Title: Resident Agent in Charge, Pittsburgh II Field Office | Signature: | Date: |
| Second level reviewer (optional): Donald G. Robinson | Title: Special Agent in Charge, Philadelphia Field Division | Signature: | Date: |

residence and paused as ATF SA Manns entered the door code. The lock made a mechanical sound but failed to unlock. The code was entered several more times until the door was unlocked and opened, at which time SA Manns announced "police with a search warrant". SAs entered the residence and found no additional occupants. ATF SA Rennig took photographs and agents and troopers began the search.

4. ATF SA Isbir and HSI Pausic conducted an interview of JULIETTE in the rear bedroom of the residence. See ATF ROI 004 for details.

5. As a result of the quantity of FAs and ammunition, five (5) inventory sheets were utilized to document the seized items.

    Inventory 1 pertains to items specific to the SW and contains items 1-10. These items were recovered from various locations in the residence (1 page) and include ATF ITEMS 002-011.
    ATF ITEM 002 – Inventory 1, Item 1, found by ATF SA Rennig, in the basement on work table – Glock, model 19, 9mm Luger, ADBE825 with machine gun "switch installed"
    ATF ITEM 003 – Inv. 1, Item 9, found by ATF SA Manns, in the kitchen on the counter – indicia for JULIETTE
    ATF ITEM 004 – Inv.1, Item 8, found by HSI Curry, in the kitchen trash can – international parcel packages
    ATF ITEM 005 – Inv.1, Item 7B, found by HSI Ryan, in the Master Bathroom, plastic drawers – 13 vials of suspected steroids
    ATF ITEM 006 – Inv. 1, Item 2, found by HSI Curry, in the basement on work table – machine gun conversion kits ("Glock switches")
    ATF ITEM 007 – Inv. 1, Item 5, found by HSI Curry, in Hall Bath Closet – 13 bottles of suspected steroids
    ATF ITEM 008 – Inv. 1, Item 7A, found by HSI, Curry, in the Master Bathroom, plastic drawers – 3 bottles of suspected clomiphene
    ATF ITEM 009 – Inv. 1, Item 6, found by HSI Ryan, in the Master Bedroom, on dresser near the master bathroom – 2 bottles of suspected clomiphene liquid
    ATF ITEM 010 – Inv. 1, Item 3, found by ATF SA Rennig, in the basement, green cabinet Kel-Tec, model PLR16, 5.56x45mm, short-barrel rifle, bearing serial number P4785
    ATF ITEM 011 – Inv. 1, Item 4, found by ATF SA Rennig, in the basement on work bench, behind a metal sign – AR lower receiver manufactured into a machine gun
    Inventory 1, Item 10 – turned over to HSI, found by HSI Curry, from JULIETTE's person – cellular telephone

    Inventory 2 pertains to NFA items specific to JULIETTE's FFL. These items were located within or next to the large gun safe in the basement. ATF IOIs Schiller and Reader conducted this inventory and were assisted by ATF SA Schumacher. This inventory contains items NFA 1-41 (3 pages); ATF ITEMS 081-0121.

    Inventory 3 pertains to items believed to be personally owned FAs and ammunition located on the first floor of the residence which contain items K 1-26 and MBR 1, this area was searched by and these items were located by SAs Regentin, Kauffman, Farabaugh (2 pages); Firearms include ATF ITEMS 012-014, 016, 018-020, 022, 024-028, 030-031, 033, 035-038 and 041, Ammunition includes ATF ITEMS 015, 017, 021.

    Inventory 4 pertains to items believed to be personally owned FAs and ammunition located in the loft area of the residence which contain items Loft 1-8, this area was searched by and these items were located by SAs DuThinh, Regentin, Kauffman and Farabaugh (1 page); Firearms include ATF ITEMS 042-046, Ammunition includes ATF ITEMS 001, 039, 040, 047.

Inventory 5 pertains to FAs recovered from the basement, these items include both personally owned FAs and ammunition as well as FAs maintained under JULIETTE's FFL which were not recorded on Inventories 1 and 2 above. This area was searched by and these items were recovered by ATF SAs Manns, Isbir, Schumacher, Rennig and ATF IOI's Schiller and Reader (2 pages); Firearms include ATF ITEMS 048, 050-071, 073-081, Ammunition includes ATF ITEMS 029, 049, 0122 and 6 assorted magazines as ATF ITEM 072.

6. At approximately 4:45pm, ATF SA Rennig reviewed the above described Inventories with JULIETTE and his fiancé Sierra EVANS. JULIETTE signed and dated each inventory. A copy of each inventory and a copy of the search warrant was left with JULIETTE. ATF SA Rennig physically reviewed all items on inventory 1 with JULIETTE. SA Rennig explained to JULIETTE that his signature on these documents does not constitute an admission of guilt, only that JULIETTE was physically present and received the documents.

7. At various times throughout the search warrant JULIETTE was requested to show, explain or point out various items in the residence. For example, JULIETTE stated in his interview that he manufactured and assembled an AR lower receiver machine gun (violation of the NFA). Numerous AR lower receivers were present in the basement, as such SAs requested that JULIETTE specifically identify this lower receiver. JULIETTE was led into the basement and walked to an area that was unsearched (at the time). JULIETTE recovered the above described lower receiver from behind a metal sign on the work bench (Inventory 1, Item 4, ATF ITEM 011, photographs 3954-3957). Additionally, JULIETTE was asked to explain his record keeping regarding pending NFA items, the location of his NFA Acquisition and Disposition Book and the status of various FAs in the shop area. JULIETTE stated that four FAs belonged to two separate third-party individuals. JULIETTE identified these FAs and provided contact information for their owners. ATF SA Rennig contacted both individuals and explained the circumstances. Corey HICKS stated he could arrive at JULIETTE's residence and retrieve his FAs. SA Rennig received his biographical descriptors; SAs Kauffman and Rennig confirmed he was not prohibited from possessing FAs. ATF SAs Regentin and Kauffman executed a receipt upon the FAs return to HICKS. These FAs were not seized by ATF and do not appear any of the above described Inventory sheets. ATF SA Rennig contacted Shayna SMITH. She stated she could not arrive at JULIETTE's residence that day. SA Rennig stated that her FAs would be retained by ATF until returned to SMITH (Inventory 5, items B26 and B27, ATF ITEMS 048 and 050).

8. In addition to the various suspected steroid(s) listed on Inventory 1, items 5-7, ATF ITEMS 005, 007-009, agents located but did NOT seize a substantial amount of needles and syringes. Seizure and maintenance of such items poses a hazard to agents, as such photographic documentation exists as photographs 3861, 3862 and 3848-3850 in the hallway bathroom, 3876, 3963, 3966-3972 in the master bathroom to include used needles in the trash can.

## ATTACHMENTS

1. Copy of SW 19-611 (6 pages)
2. Original Copies of the above described five Inventory sheets (9 pages)
3. Original Copy of Receipt of FAs to HICKS (1 page)
4. NCIC for HICKS (5 pages)
5. Property Spread Sheet (3 pages)