| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| JULIETTE, Justin (Glock Switches) | 766055-19-0033 | 4 |

## SUMMARY OF EVENT:

Recorded Interview of Justin JULIETTE

## NARRATIVE:

1. At approximately 12:35pm on March 19, 2019, ATF Special Agent (SA) William Isbir, Joe Price and SA Mike Pausic of Homeland Security Investigations (HSI) interviewed Justin JULIETTE at his home located at 1107 Fordham Road, Punxsutawney, PA. This interview was recorded and entered into Bureau of Alcohol, Tobacco, Firearms and Explosives (herein referred to as ATF) evidence. This report will describe the main topics of the interview but is in no way the entirety of the interview. Please refer to the CD placed into ATF evidence #0124 for the full recording.

2. SA Isbir and SA Pausic began the interview with explaining to JULIETTE that he was not under arrest and free to leave or end the interview at any time. JULIETTE stated that he was not leaving and wanted to stay and speak with the Special agents.

3. Throughout the course of the interview JULIETTE confirmed that he did purchase numerous "Glock Switches" from two separate online retail sites. These retail sites were wish.com and geek.com.

4. JULIETTE stated that he had in his possession three unregistered NFA firearms in addition to the Glock Switches that JULIETTE had ordered online. JULIETTE identified the three firearms as an "SBR" (short barreled rifle), a lower receiver without an upper receiver that fires in fully automatic fashion and an M16 that fires fully automatic.

5. JULIETTE stated that he was an active anabolic steroid user and had been taking anabolic steroids for approximately ten years. Juliette stated that he does not have a prescription from any doctor for the anabolic steroids. JULIETTE stated that he started taking anabolic steroids when he was 23 years old. JULIETTE further stated that he took the anabolic steroids on average of 2-3 times per week.

## ATTACHMENTS:

| Prepared by: William J. Isbir | Title: Special Agent, Pittsburgh II Field Office | Signature: | Date: |
|---|---|---|---|
| Authorized by: Joseph T. Price | Title: Resident Agent in Charge, Pittsburgh II Field Office | Signature: | Date: |
| Second level reviewer (optional): Donald G. Robinson | Title: Special Agent in Charge, Philadelphia Field Division | Signature: | Date: |

| Title of Investigation: | Investigation Number: | Report Number: |
|---|---|---|
| JULIETTE, Justin (Glock Switches) | 766055-19-0033 | 4 |

- ATF property status summary report for item number 0124, recorded interview of Justin JULIETTE.
- Six (6) photos taken from JULIETTE'S phone of various Glock switch orders