IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    *Plaintiff*,<br><br>v.<br><br>JUSTIN JULIETTE,<br><br>    *Defendant*. | Criminal No. 2:20-cr-79 - 1<br><br>Hon. William S. Stickman IV |

## ORDER OF COURT

AND NOW, this **22** day of April 2021, Defendant Justin Juliette's Motion to Suppress Evidence and Statements (ECF No. 27) is hereby DENIED for the reasons set forth in the Court's Memorandum Opinion filed this same day.

                BY THE COURT:

                _/s/ William S. Stickman IV_
                WILLIAM S. STICKMAN IV
                UNITED STATES DISTRICT JUDGE